AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>JASON GREGORY KNOLES | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER:   3:94-cr-61-BES(RAM)<br>                          3:01-cr-40-BES(VPC)<br>                          3:01-cr-60-BES(RAM)<br><br>USM NUMBER:   29879-048<br><br>Ramon Acosta<br>DEFENDANT'S ATTORNEY |

**THE DEFENDANT**:

( ✓ )   admitted guilty to violating conditions __(see below)__ of the term of supervision.
(   )   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Paragraph 3<br>3:94-cr-61-BES(RAM) | The defendant shall not commit another Federal, state or local crime. | October 27, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( ✓ )   The defendant has not violated conditions as alleged in Paragraphs 1 and 2 of the Petitions filed in Case Nos. 3:94-cr-61-BES(RAM), 3:01-cr-40-BES(VPC) and 3:01-cr-60-BES(RAM) and is discharged as to such violation(s) of conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material changes in economic circumstances.

Last Four Digits of Defendant's Soc.Sec.: 5624

Defendant's Year of Birth: 1967

City and State of Defendant's Residence:

In Custody

MARCH 25, 2009
Date of Imposition of Judgment

_/s/ Signature_
Signature of Judge

BRIAN E. SANDOVAL
U.S. DISTRICT JUDGE
Name and Title of Judge

March 26, 2009
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | JASON GREGORY KNOLES | Judgment - Page __2__ |
| CASE NUMBER(s): | 3:94-cr-61-BES(RAM) | |
| | 3:01-cr-40-BES(VPC) | |
| | 3:01-cr-60-BES(RAM) | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>TWENTY-FOUR (24) MONTHS, concurrent with sentence imposed in Case No. 3:08-cr-103-BES(VPC)</u>

( ) The court makes the following recommendations to the Bureau of Prisons:

(✓) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:
    ( ) at _____ a.m./p.m. on _____
    ( ) as notified by the United States Marshal.

( ) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( ) before 2 p.m. on _____
    ( ) as notified by the United States Marshal.
    ( ) as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

BY: _____
    Deputy U.S. Marshal

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 5 - Criminal Monetary Penalties

| | | |
|---|---|---|
| DEFENDANT: | JASON GREGORY KNOLES | Judgment - Page 3 |
| CASE NUMBER(s): | 3:94-cr-61-BES(RAM) | |
| | 3:01-cr-40-BES(VPC) | |
| | 3:01-cr-60-BES(RAM) | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| | | | 3:01-cr-60-BES(RAM) |
| Totals: | $ | $ | $9,442.00 |
| | Due and payable immediately. | | |

( )   On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

( )   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

( )   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| Clerk, U.S. District Court<br>Attn: Financial Officer<br>Case No. 3:01-cr-60-BES(RAM)<br>333 Las Vegas Boulevard, South<br>Las Vegas, NV 89101 | | | |
| TOTALS : | $9,442.00 | $9,442.00 | |

Restitution amount ordered pursuant to plea agreement: $ _____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

the interest requirement is waived for the: ( ) fine ( ) restitution.
the interest requirement for the: ( ) fine ( ) restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.